**Timothy Lee BYRD, Petitioner–Appellant,**

v.

**Gail LEWIS; Attorney General for the State of California, Respondents–Appellees.**

**No. 06–15977.**

United States Court of Appeals, Ninth Circuit.

June 10, 2008.

Timothy Lee Byrd, Coalinga, CA, pro se.

Krista Joy Hart, Sacramento, CA, for Petitioner–Appellant.

Wanda Hill Rouzan, Mary Jo Graves, Esq., AGCA–Office of the California Attorney General, Sacramento, CA, for Respondents–Appellees.

D.C. No. CV–02–02013–MCE, Eastern District of California, Sacramento.

Before: J. CLIFFORD WALLACE and JOHNNIE B. RAWLINSON, Circuit Judges, and JANE A. RESTANI,* Judge.

**ORDER**

Submission of this case is WITHDRAWN and DEFERRED pending the Supreme Court's decision in *Pulido v. Chrones*, 487 F.3d 669 (9th Cir.2007) (per curiam), *cert. granted*, —— U.S. ——, 128 S.Ct. 1444, 170 L.Ed.2d 274 (2008). The Court's framing of the question presented in *Pulido* suggests that the opinion will clarify how *Neder v. United States*, 527 U.S. 1, 119 S.Ct. 1827, 144 L.Ed.2d 35 (1999), applies to all defective jury instructions.

The opinion filed on December 11, 2007, published at 510 F.3d 1045, is WITHDRAWN. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit until further order of the Court.